

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00089-CR

Brandon Edward **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7012
Honorable Frank J. Castro, Judge Presiding

# O R D E R

By order dated June 15, 2018, this court granted prior appointed appellate counsel's motion to withdraw and abated these appeals to the trial court for the appointment of new counsel. By order dated July 10, 2018, this court noted supplemental clerk's records were filed containing the trial court's order appointing new appellate counsel. The order reinstated the appeals on the docket of the court and ordered appellant's brief to be filed no later than August 9, 2018.

On August 14, 2018, appellant's new appointed appellate counsel, Mr. Michael S. Raign, filed a motion for extension of time to file the brief which was granted, extending the deadline for filing the brief to September 10, 2018.

On September 14, 2018, this court notified Mr. Raign that the brief was late and ordered him to file a written response stating a reasonable explanation for failing to timely file the brief. In response to this order, Mr. Raign filed a motion on September 24, 2018, requesting an additional extension of time to file the brief until October 10, 2018, for a total extension of sixty days. By order dated September 25, 2018, this court granted the motion. This court's order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by October 10, 2018."

Appellant's brief has not been filed. Ms. Raign is ORDERED to file the brief in this court no later than October 29, 2018. If Mr. Raign fails to file the brief by that date, these

appeals will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court